

# Fourth Court of Appeals
## San Antonio, Texas

June 3, 2014

No. 04-14-00329-CV

**SAVASENIORCARE ADMINISTRATIVE SERVICES, L.L.C.,** SSC Rio Grande City
Operating Company, L.P. and Mark Anthony West,
Appellants

v.

Elias **CANTU**, Jr., Hector Cantu, Mary Cantu, Cynthia Cantu, Leticia Cantu, Emilio Cantu, and
Ivar Cantu, Individually and as the Heirs of Maria Maldonado Cantu,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-13-669
Honorable Jose Luis Garza, Judge Presiding

## O R D E R

On May 19, 2014, appellants were ordered to file written proof that the clerk's fee for the preparation of the clerk's record had been paid. On May 29, 2014, appellants filed a response with a receipt which this court construed as proof that the payment had been made; therefore, on June 2, 2014, this court ordered that trial court clerk to file the clerk's record.

In response to this court's June 2, 2014 order, the trial court clerk filed written notice that the fee for preparing the clerk's record has not been paid, but only the fee for filing the notice of appeal. It is therefore ORDERED that appellants provide written proof to this court within ten (10) days of the date of this order that the clerk's fee for preparing the clerk's record has been paid. If appellants fail to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of June, 2014.

_____
Keith E. Hottle
Clerk of Court